# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | Case No. 1:13-cv-01780-AWI-MJS (PC) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE** |
| v. | |
| N. PARRA, et al., | **(ECF No. 5)** |
| Defendants. | |

Plaintiff Tony Blackman is a California state prisoner proceeding pro se in a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's motion to proceed in forma pauperis was denied under 28 U.SC. 1915(g) because he has three or more strikes and is not under imminent danger of serious physical injury. (ECF No. 5.) Plaintiff was ordered to pay the $400 filing fee in full by not later than December 9, 2013. (Id.). The December 9th deadline passed without Plaintiff paying the filing fee or otherwise responding.

Accordingly, this action is HEREBY ORDERED DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 2, 2014

_____
SENIOR DISTRICT JUDGE